UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33867 |
|---|---|
|    NICHOLAS SPONDIKE IV | (Chapter 13) |
|    STEPHANIE A. SPONDIKE | |
|                                        Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4005251**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 10 | LAB ONE OF OHIO<br>BOX 695018<br>CINCINNATI, OH  45269 | 74.44 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/22/2010

Certificate of Service                06-33867

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

NICHOLAS SPONDIKE IV
STEPHANIE A. SPONDIKE
5400 STATION DR
SOUTH LEBANON, OH  45055-8720

MONICA R BOHLEN
36 E SEVENTH STREET
SUITE 2020
CINCINNATI, OH  45202

(25.1n)
GREGORY A STOUT
1014 VINE ST
SUITE 2320
CINCINNATI, OH  45202

(10.1)
LAB ONE OF OHIO
BOX 695018
CINCINNATI, OH  45269

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs